**Robbie Vandora SNOW, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 1088–85.**

Court of Criminal Appeals of Texas,
En Banc.

May 6, 1987.

Appeal from 21st District Court, Burleson County, John L. Placke, Judge.

Prior report: Tex.App., 697 S.W.2d 663.

Before the court en banc.

On state's petition for discretionary review: petition of the Court of Appeals dismissed as improvidently granted.